# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Molly Mayfield,

Plaintiff(s),

v.

Escobedo et al,

Defendant(s).

Case No. 22 C 6495
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ other: Judgment is entered in favor of Defendants and against Plaintiff Molly Mayfield. Defendants' motion to dismiss [27] is granted. Count Three is dismissed with prejudice. Counts One, Two and Four, which seek no more than $10,000 in damages, are dismissed without prejudice. Because the Court only has subject matter jurisdiction under 28 U.S.C. § 1332(a) if the amount in controversy exceeds $75,000, it lacks jurisdiction over these remaining claims. Leave to amend has already been granted once [24, 26], and based on Plaintiffs' supplemental filing concerning the defamatory statement at issue [32], any further amendment would be futile. Civil case closed.

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion.

Date: 11/14/2023

Thomas G. Bruton, Clerk of Court
Jackie Deanes, Deputy Clerk